**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ODERMIS RODRIGUEZ ALONSO,

Petitioner,

v. No. 2:26-cv-01920-MLG-GBW

DAVID VENTURELLA, et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Odermis Rodriguez Alonso's Petition for a Writ of Habeas Corpus ("Petition"), Doc. 1. The Court, having considered the Petition, having held a hearing on November 20, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the November 20, 2026, hearing, federal Respondents failed to rebut Rodriguez Alonso's showing that "there is no significant likelihood of removal in the reasonably foreseeable future." *Bejarbaneh v. Mullin*, No. 1:26-CV-01451-MLG-GJF, 2026 WL 1724942, at *2 (D.N.M. June 12, 2026) (internal quotation marks omitted) (quoting *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)). His continued detention is therefore "unreasonable and no longer authorized by statute." *Id.* (internal quotation marks omitted) (quoting *Zadvydas*, 533 U.S. at 699-700)).

Rodriguez Alonso shall be released within forty-eight hours of the entry of this Order. [1] He shall be released with all identification documentation and personal belongings that he possessed

[1] In habeas corpus proceedings, "a federal court 'possesses power to grant any form of relief necessary to satisfy the requirement of justice.'" *Burton v. Johnson*, 975 F.2d 690, 693 (10th Cir.

on his person when detained by Respondents in January 2025 and documentation sufficient to allow him to travel, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1992) (emphasis omitted) (quoting *Levy v. Dillon*, 415 F.2d 1263, 1265 (10th Cir. 1969)). Immediate release is the appropriate remedy in this case. *See Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful executive] detention is, of course, release.").